# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2023

September 12, 2023

**VIA ECF**

Honorable Sarah Netburn
United States District Magistrate Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Nash v. Commissioner of Social Security*
             Civil Action No. 1:23-cv-05052-AT-SN

Dear Judge Netburn,

    We write on behalf of plaintiff, Francine Nash, and with the consent of the defendant, to request an extension of time to serve plaintiff's motion for judgment on the pleadings per the Court's June 16, 2023 Standing Scheduling Order. Plaintiff's motion is due on September 14, 2023. This is the parties' first request for an extension. The reason for this request is that Plaintiff's counsel currently has ten Social Security briefs, oral argument, and a religious holiday within the next ten days.

    After conferring with the defendant, the parties have agreed to proceed according to the

---

The parties' request to amend the June 16, 2023 Standing Scheduling Order is GRANTED. Plaintiff is to file a motion for judgment on the pleadings by January 5, 2024; Defendant is to file a response by April 4, 2024; and Plaintiff is to file a reply, if any, by April 18, 2024.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: September 15, 2023
       New York, New York

Honorable Sarah Netburn
September 12, 2023
Page Two

    Thank you for your consideration of this request.

                                                  Respectfully submitted,

                                                  s/Daniel A. Osborn
                                                  Daniel A. Osborn
                                                  OSBORN LAW, P.C.
                                                  43 West 43rd Street, Suite 131
                                                  New York, New York 10036
                                                  Telephone:    212-725-9800
                                                  Facsimile:    212-500-5115
                                                  dosborn@osbornlawpc.com

cc: Heetano Shamsoondar, Esq. (by ECF)