**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
FRANCINE NASH,

                Plaintiff,                              23 **CIVIL** 5052 (AT)(SN)

           -v-                                        **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 4, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including, if necessary, a new hearing.

**Dated:**  New York, New York
            April 5, 2024

                                                               **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                       **BY:**     *K. Mango*

                                                                 **Deputy Clerk**